**PRISONER CASE**

**FILED**
MAY 20 2008

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

# Civil Cover Sheet

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Plaintiff(s):** JAVIER BAILEY

**Defendant(s):** ROBERT JANIGA, et al.

**County of Residence:** LAWRENCE

**County of Residence:**

**Plaintiff's Address:**

Javier Bailey
K-52482
Lawrence - LAW
R.R.2, Box 31
Sumner, IL 62466

**Defendant's Attorney:**

08CV2914
JUDGE CASTILLO
MAG. JUDGE VALDEZ

**Basis of Jurisdiction:**
☐ 1. U.S. Government Plaintiff
☑ 3. Federal Question (U.S. gov't. not a party)
☐ 2. U.S. Government Defendant
☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

**Origin:**
☑ 1. Original Proceeding
☐ 2. Removed From State Court
☐ 3. Remanded From Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred From Other District
☐ 6. MultiDistrict Litigation
☐ 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 550 Civil Rights

**Cause of Action:** 42:1983pr

**Jury Demand:** ☑ Yes  ☐ No

**Signature:** M. Burke   **Date:** 5/20/08