**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

JAVIER BAILEY
Plaintiff(s)

v.

Defendant(s)
ROBERT JANIGA, et.al.

)
)
)
)
)
)
)
)
)

FILED
MAY 20 2008
MAY 20 2008  MB

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Case Number:
**08CV2914**
**JUDGE CASTILLO**
**MAG. JUDGE VALDEZ**

### MOTION FOR APPOINTMENT OF COUNSEL

1. I, JAVIER BAILEY, declare that I am the (check appropriate box) [✓] plaintiff [ ] defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding:

3. In further support of my motion, I declare that (check appropriate box):

   [✓] I am not currently, ~~nor~~ previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.

   [ ] I am currently, or previously have been, represented by an attorney appointed by this Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):

   [✓] I have attached an original Application to Proceed In Forma Pauperis in the proceeding detailing my financial status.

   [ ] I have previously filed an Application to Proceed In Forma Pauperis in this proceeding and it is a true and correct representation of my financial status.

   [ ] I have previously filed an Application to Proceed In Forma Pauperis in this proceeding; however, my financial status has changed and I have attached an amended Application to Proceed In Forma Pauperis to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

Javier Bailey
Movant's Signature

R. Btz P.O. Box 31
Street Address

Sumner Il. 62466
City/State/Zip

Date: 07 May 2008

As indicated in paragraph three on the opposite page, I am currently, or previously have been, represented by an attorney appointed by this Court in the following civil or criminal action(s):

| Assigned Judge | Kennelly | Case Number | 02-CV-2232 |
|---|---|---|---|
| Case Title | Bailey vs. Janiga et.al. | | |
| Appointed Attorney's Name | Kimberly Marsh | | |
| If case is still pending, please check box: | ☐ | | |

| Assigned Judge | Conlon | Case Number | 05-CV-4298 |
|---|---|---|---|
| Case Title | Bailey vs. Illinois et.al. | | |
| Appointed Attorney's Name | Micheal Clancy | | |
| If case is still pending, please check box: | ☐ | | |

| Assigned Judge | | Case Number | |
|---|---|---|---|
| Case Title | | | |
| Appointed Attorney's Name | | | |
| If case is still pending, please check box: | ☐ | | |

| Assigned Judge | | Case Number | |
|---|---|---|---|
| Case Title | | | |
| Appointed Attorney's Name | | | |
| If case is still pending, please check box: | ☐ | | |