# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | RUBÉN CASTILLO | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2914 | **DATE** | July 2, 2008 |
| **CASE TITLE** | Javier Bailey (#K-52482) vs. Robert Janiga, et al. | | |

**DOCKET ENTRY TEXT:**

By Minute Order of June 2, 2008, the court denied the plaintiff's motion for leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(g) and directed him to pay the full statutory filing fee of $350 within fifteen days. Although forewarned of the consequences, the plaintiff has failed to remit the required statutory filing fee as directed. The complaint is accordingly dismissed and the case is terminated. The plaintiff's motion for appointment of counsel [#4] is denied as moot. However, having brought this action, the plaintiff nevertheless remains obligated to pay the full filing fee. *See* 28 U.S.C. §1915(b)(1); *Sloan v. Lesza*, 181 F.3d 857, 859 (7th Cir. 1999). Before pursuing any future litigation, the plaintiff must pay any outstanding fees.

**Docketing to mail notices.**

mjm